**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**David SANJURJO, a/k/a Mickey,**
**Defendant–Appellant.**

**No. 02–7193.**

United States Court of Appeals,
Fourth Circuit.

Submitted Nov. 5, 2002.

Decided Nov. 26, 2002.

David Sanjurjo II, Appellant Pro Se. Stephen Wiley Miller, Office of the United States Attorney, Richmond, Virginia, for Appellee.

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

David Sanjurjo II, seeks to appeal the district court's order denying relief on his motion filed under 28 U.S.C. § 2255 (2000). An appeal may not be taken to this court from the final order in a § 2255 proceeding unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). A certificate of appealability will not issue for claims addressed by a district court on the merits absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). As to claims dismissed by a district court solely on procedural grounds, a certificate of appealability will not issue unless the movant can demonstrate both "(1) 'that jurists of reason would find it debatable whether the [motion] states a valid claim of the denial of a constitutional right' and (2) 'that jurists of reason would find it debatable whether the district court was correct in its procedural ruling.'" *Rose v. Lee,* 252 F.3d 676, 684 (4th Cir.) (quoting *Slack v. McDaniel,* 529 U.S. 473, 484, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000)), *cert. denied,* —— U.S. ——, 122 S.Ct. 318, 151 L.Ed.2d 237 (2001). We

---

* By consent of the parties, the decision below was rendered by a magistrate judge. *See* 28 U.S.C. § 636(c) (2000).

have reviewed the record and conclude for the reasons stated by the district court that Sanjurjo has not satisfied either standard. *See United States v. Sanjurjo*, Nos. CR–98–338; CA–00–23–3 (E.D.Va. July 29, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*